JUDGE BUCHWALD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 10330 (NRB)

------------------------------------------------------X

AMERICAN FEDERATION OF MUSICIANS
AND EMPLOYERS' PENSION FUND

and

BOARD OF TRUSTEES OF THE AMERICAN
FEDERATION OF MUSICIANS AND
EMPLOYERS' PENSION FUND,

Plaintiffs,

v.

CIA CURTIS INTERNATIONAL ASSOCIATES
OF BOSTON, INC.,

Defendant.

------------------------------------------------------X

Case No.

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs American Federation of Musicians and Employers' Pension Fund and Board of Trustees of the American Federation of Musicians and Employers' Pension Fund, private non-governmental parties, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: November 14, 2007

Meyer, Suozzi, English & Klein, P.C.

By: /s/ Patricia McConnell

Patricia McConnell (PM 1861)
1350 Broadway, Suite 501
New York, New York 10018
(212) 239-4999
pmcconnell@msek.com

90642