UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: MEYER, SUOZZI, ENGLISH & KLEIN, P.C.-NEW YORK

---

AMERICAN FEDERATION OF MUSICIANS AND EMPLOYERS' PENSION FUND, ETANO

Plaintiff(s)

Index # 07 CV 10330

- against -

Purchased November 14, 2007

CIA CURTIS INTERNATIONAL ASSOCIATES OF BOSTON, INC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF MA : COUNTY OF Middlesex ss:

Paul Nardizzi BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 17 Clovelly Lane, Framingham, MA 01702

That on December 3, 2007 at 11:19 AM at

C/O JOHN H. CURTIS
162 NEHOIDEN STREET
NEEDHAM, MA

deponent served the within SUMMONS AND COMPLAINT, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF JUDGE NAOMI REICE BUCHWALD, INDIVIDUAL PRACTICES OF MAGISTRATE* on CIA CURTIS INTERNATIONAL ASSOCIATES OF BOSTON, INC. therein named,

**CORPORATION** a FOREIGN corporation by delivering thereat a true copy of each to JOHN H. CURTIS, AGENT personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF JUDGE NAOMI REICE BUCHWALD, INDIVIDUAL PRACTICES OF MAGISTRATE* as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | LIGHT BROWN | 50 | 6' | 210 |

**JUDGE ANDREW J. PECK

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: the 3rd day of December 2007
Notary: Elena M. Nardizzi

ELENA M. NARDIZZI
Notary Public
Commonwealth of Massachusetts

Server: Paul Nardizzi

Invoice #: 451775