UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
AMERICAN FEDERATION OF MUSICIANS
AND EMPLOYERS' PENSION FUND and
BOARD OF TRUSTEES OF THE AMERICAN
FEDERATION OF MUSICIANS AND EMPLOYERS'
PENSION FUND,

                             Plaintiffs,                  07 CIV. 10330 (NRB)

              V.                               **AFFIDAVIT OF SERVICE**

CIA CURTIS INTERNATIONAL ASSOCIATES OF
BOSTON, INC.,

                             Defendant.
_____

STATE OF NEW YORK          )
                                     ) ss.:
COUNTY OF NEW YORK       )

        Darshell Hines, being duly sworn, deposes and says:

1.     I am not a party to the action.

2.     I am over 18 years of age.

3.     I reside at Nassau County, New York.

4.     On February 25, 2008, I served the foregoing **Plaintiffs' Notice of Application for Default Judgment Against Defendant and Affidavit in Support of Application for Default Judgment Against Defendant** upon:

CIA Curtis International Associates        C/O John Curtis
   of Boston, Inc.                                 162 Nehoiden Street
1001 Central Avenue                        Needham, MA 02192
Needham, MA 02192
Registered Agent: John M. Curtis

in this action, by certified mail and by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within New York State, located at 1350 Broadway, New York, New York 10018 addressed to said attorney(s) at the address(es) above set forth, being the address(es) designated by said attorney(s) for that purpose.

                                                                _____
                                                                 Darshell Hines

Sworn to before me this
25th day of February, 2008

_____
Notary Public

                                                KAREN KOLESSAR
                                      Notary Public, State of New York
                                          No. 01KO6160922
                                   Qualified in Richmond County
                                 Commission Expires Feb. 12, 20__