```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| AMERICAN FEDERATION OF MUSICIANS AND EMPLOYERS' PENSION FUND and BOARD OF TRUSTEES OF THE AMERICAN FEDERATION OF MUSICIANS AND EMPLOYERS' PENSION FUND,<br><br>              Plaintiffs,<br><br>     V.<br><br>CIA CURTIS INTERNATIONAL ASSOCIATES OF BOSTON, INC.,<br><br>              Defendant. | 07 CIV. 10330 (NRB)<br><br>**PLAINTIFFS' NOTICE OF APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT** |

PLEASE TAKE NOTICE that, upon the annexed Affidavit of Patricia McConnell, sworn to on February 22, 2008, and the exhibits annexed thereto, Plaintiffs American Federation of Musicians and Employers' Pension Fund and Board of Trustees of the American Federation of Musicians and Employers' Pension Fund will move this Court before the Honorable Naomi Reice Buchwald in the United States District Court for the Southern District of New York, Courtroom 21-A, 500 Pearl Street, Room 2270, New York, New York at 9:30 a.m. on March 28, 2008, or such other date and time as the Court may direct, for a judgment by default, pursuant to Rule 55 (b) of the Federal Rules of Civil Procedure, in favor of plaintiffs and against defendant for the relief requested in the Complaint, an award of attorneys' fees and

-1-

costs, and for such other and further relief may be just and proper.

Dated:    New York, New York
          February 25, 2008

        Meyer, Suozzi, English & Klein, P.C.

        By:  /s/ Patricia McConnell
             Patricia McConnell (PM 1861)
             1350 Broadway, Suite 501
             New York, New York 10018
             (212) 239-4999
             pmcconnell@msek.com

        Attorneys for Plaintiffs

92169