UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN FEDERATION OF MUSICIANS
AND EMPLOYERS' PENSION FUND and
BOARD OF TRUSTEES OF THE AMERICAN
FEDERATION OF MUSICIANS AND EMPLOYERS'
PENSION FUND,

                      Plaintiffs,

    V.

CIA CURTIS INTERNATIONAL ASSOCIATES OF
BOSTON, INC.,

                      Defendant.

07 CV. 10330 (NRB)

**DEFAULT JUDGMENT**

---

    This action having been commenced on November 14, 2007 by the filing of the Complaint and issuance of a Summons, and copies of the Summons and Complaint having been served upon defendant on December 3, 2007, and it further appearing that the above-named defendant has not appeared, answered or made any motion with respect to the Complaint and the time for answering the Complaint or so moving having expired;

    **NOW**, on motion of Meyer, Suozzi, English & Klein, P.C., attorneys for the plaintiffs, and upon the proceedings herein, it is

    **ORDERED, ADJUDGED AND DECREED**, that plaintiffs American Federation of Musicians and Employers' Pension Fund and Board of Trustees of the American Federation of Musicians and Employers' Pension Fund have judgment against defendant CIA

-1-

Curtis International Associates Of Boston, Inc., that defendant shall permit and cooperate in an audit by plaintiffs of defendant's books and records as is necessary for plaintiffs to determine the employee benefit fund contributions due from defendant to plaintiffs for the period since January 1, 2004, such audit to be permitted by defendants within thirty (30) days after Notice of Entry of this judgment; and it is further

**ORDERED, ADJUDGED AND DECREED**, that plaintiffs American Federation of Musicians and Employers' Pension Fund and Board of Trustees of the American Federation of Musicians and Employers' Pension Fund have judgment against defendant CIA Curtis International Associates of Boston, Inc., that defendant shall furnish to plaintiffs complete and accurate remittance reports of engagements performed by musicians employed by defendant since October 1, 2004, within thirty (30) days after Notice of Entry of this judgment; and it is further

**ORDERED, ADJUDGED AND DECREED**, that plaintiffs American Federation of Musicians and Employers' Pension Fund and Board of Trustees of the American Federation of Musicians and Employers' Pension Fund have judgment against defendant CIA Curtis International Associates of Boston, Inc., in an amount to be determined as unpaid employee benefit contributions due plaintiffs, including for the period June 1, 2005 through May

31, 2006, together with interest on the unpaid contributions, as provided in §502(g)(2)(B) of ERISA, 29 U.S.C. §1132(g)(2)(B), plus liquidated damages in a sum equal to the greater of the interest on the delinquent contributions or twenty (20%) percent of the unpaid contributions, as provided in §502(g)(2)(C) of ERISA, plus the costs and disbursements of the action and reasonable attorneys' fees, as provided in §502(g)(2)(D) of ERISA; and it is further

**ORDERED, ADJUDGED AND DECREED**, that plaintiffs American Federation of Musicians and Employers' Pension Fund and Board of Trustees of the American Federation of Musicians and Employers' Pension Fund have expressly reserved the right to recover from defendant CIA Curtis International Associates of Boston, Inc., the amount of any additional benefit contribution deficiencies, with interest and liquidated damages thereon, determined by the audit of defendant's books and records provided for herein.

Dated: New York, New York
       March 28, 2008

_____
U.S.D.J.

-3-

93090